UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY BLACKMAN,         ) | |
|        Plaintiff,         ) | |
| v.                                                    ) | No. 1:23-cv-348 |
|                                           ) | Honorable Paul L. Maloney |
| SHROYERS TOWNING, *et al.*,   ) | |
|        Defendants.   ) | |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS**.

**THIS ACTION IS TERMINATED**.

**IT IS SO ORDERED**.

Date:  April 27, 2023                                     /s/ Paul L. Maloney
                                                                                                      Paul L. Maloney
                                                                                                        United States District Judge